GEORGE GORMAN, Appellant, v. SOL GOLDMAN et al., Respondents.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.